*Tuesday, September 19, 1995*
## MERIT DOCKET

**95–1789.** State ex rel. Boeckman v. Franklin Cty. Bd. of Elections. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that, upon the authority of *State ex rel. Hawkins v. Cuyahoga Cty. Bd. of Elections* (1971), 28 Ohio St.2d 4, 57 O.O.2d 63, 274 N.E.2d 563, the writ of mandamus be, and hereby is, denied.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

DOUGLAS, ACTING C.J., WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER, J., dissents.

MOYER, C.J., not participating.

## MOTION DOCKET

**95–1759.** Hunter v. Patterson. *Hancock County,* No. 5–95–17. This cause is pending before the court as an appeal from the Court of Appeals for Hancock County. Upon consideration of appellant's expedited motion for order to enjoin trial court action while appeal is pending.

IT IS ORDERED by the court that the expedited motion for order to enjoin trial court action while appeal is pending be, and hereby is, denied.

DOUGLAS, WRIGHT and F.E. SWEENEY, JJ., dissent.

*Wednesday, September 20, 1995*
## MERIT DOCKET

**94–2682.** Jones v. Grady. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–577.** State ex rel. Daily v. Swift. In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1026.** Sherrills v. Rogers. In Habeas Corpus. *Sua sponte,* cause dismissed; this court shall not consider further petitions filed by petitioner; the Clerk of this court is directed not to file additional petitions by petitioner.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1075.** State ex rel. Derrick v. Lazaroff. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1174.** State ex rel. Simpson v. Brigano. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1287.** State ex rel. Pollock v. Baker. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1293.** State ex rel. Johnson v. Ghee. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1308.** Roberts v. Zent. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1309.** State ex rel. N. Assur. Co. of Am. v. Court of Appeals for Butler Cty. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., dissents and would grant an alternative writ.